# *H 2206603/ ORIG*

| FORM B1 | **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|---|
| | Western _____ District of_____ New York | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Mitchell      Robert | Mitchell      Mildred |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| | Millie Mitchell   *04-14656* |
| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| last four digits   5236 | last four digits   8849 |
| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| 16759 Roosevelt Highway Kendall,  NY  14476 | 16759 Roosevelt Highway Kendall  NY  14476 |
| County of Residence or of the Principal Place of Business:      Orleans | County of Residence or of the Principal Place of Business:      Orleans |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[xx] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7 | [ ] Chapter 11 |
| [ ] Corporation | [ ] Stockbroker | | [ ] Chapter 13 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Chapter 9 | [ ] Chapter 12 |
| [ ] Other_____ | | [ ] Sec. 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | |
|---|---|
| [X] Consumer/Non-Business | [ ] Business |

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors. | FILED JUN 21 AM 11: 51 BANKRUPTCY COURT D.N.Y. - ROCHESTER |
| [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Robert & Mildred Mitchell |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Robert Mitchell*
Signature of Debtor — Robert Mitchell

X *Mildred Mitchell*
Signature of Joint Debtor — Mildred Mitchell

Telephone Number (If not represented by attorney)
6-17-04
Date

**Signature of Attorney**

X *Lawrence Mort*
Signature of Attorney for Debtor(s)
Lawrence J.D. Mort

Printed Name of Attorney for Debtor(s)
Lawrence Mort Attorney
Firm Name
2097 Hudson Avenue
Address Rochester NY 14617-4337

585 467 5777
Telephone Number
6-17-04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *Lawrence Mort* 6-17-04
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT

Western _____  **District of** New York _____

In re ____ Robert & Mildred Mitchell,     Case No. ____ ____
         **Debtor**                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 89000 | | |
| B - Personal Property | yes | 3 | $ 24983.96 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 1 | | $ 94603 | |
| E - Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 5 | | $ 48517 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ 3332.50 |
| J - Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 3161.45 |

Total Number of Sheets of ALL Schedules ➤  16

Total Assets ➤  $ 113983.96

Total Liabilities ➤  $ 143120

In re     **Robert & Mildred Mitchell**                                    **Case No.**
          Debtor                                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 16759 Roosevelt Hwy. Kendall NY | fee simple mortgagors | j | 89000 | 86003 |
| | | Total ▶ | $0.00    89000 | |

(Report also on Summary of Schedules.)

In re __Robert & Mildred Mitchell__ ,                    Case No. _____
        Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | Kodak bonus 5/2004<br>Kodak bonus 5/2005 estimate | | 1000<br>500 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☐ | checking    HSBC 535723083<br>4707 Lake Rd.BRockport NY<br>14420<br>saving  HSBC 535635429<br>4707 Lake Rd.Brockport NY | w<br><br><br>w | 200<br><br><br>10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | ESL savings24329601 100 Kings<br>Hwy.S.,Rochester 14617 | w | 37 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | 2    televisions<br>appliances<br>furniture<br>16759 Roosevelt Hwy.<br>Kendall, NY | | 200<br>625<br>1055 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | patio set<br>Christmas decorations/Easter<br>wall decorations & nicknacks<br>curtains | | 50<br>175<br>250<br>300 |
| 6. Wearing apparel. | ☐ | clothing | | 300 |
| 7. Furs and jewelry. | ☐ | Mary Moos figurines<br>kettles | | 150<br>100 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☐ | baseball backstop,bats,gloves<br>basketball hoop<br>dart board<br>bicycles<br>misc. balls | | 75<br>5<br>20<br>100<br>10 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☐ | | | |
| 10. Annuities. Itemize and name each issuer. | x | 7.   4 wedding rings<br>engagement ring | | 100<br>400 |

In re <u>Robert & Mildred Mitchell</u>      Case No. __ __ __
        **Debtor**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ☐ | Park Ridge Hospital Diversified Investment Advisors, 4 Manhattanville Rd., Purchase, NY 10577 | W | 6462.65 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | SIP 401 Kodak PO Box 17349, Baltimore MD 21297-1349 | | 2147.31 |
| 13. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | stock options | | |
| 15. Accounts receivable. | ☐ | Robb Evans & AssociatesLLC Receiver for National Consumer Council PO Box 880 Sun Valley CA 91353 | | 454 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |

In re **Robert & Mildred Mitchell**
           Debtor

Case No _____
          (If known)

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories | ☐ | 1993 Ford Tempo 200000mi<br>1985 Pontiac Trans Am<br>1998 Pontiac Transport | h | 500<br>895<br>8900 |
| 24. Boats, motors, and accessories | ☒ | | | |
| 25. Aircraft and accessories | ☒ | | | |
| 26. Office equipment, furnishings, and supplies | ☒ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 28. Inventory. | ☒ | | | |
| 29. Animals. | ☒ | | | |
| 30. Crops - growing or harvested. Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed. Itemize | ☒ | | | |

_____ continuation sheets attached.    Total ▶ | $ 24983.96

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules )

In re   __Robert & Mildred Mitchell__ ,                    **Case No.** _____
                    **Debtor**                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1). Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2). Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash in bank and bonuses | NY Debtor & Creditor Law Section 283(2) | 5000 | 1747 |
| appliances furniture household items | NY CPLR 5205 | 300 each | 3415 |
| clothing | NY CPLR 5205 | 300 | 300 |
| 4 wedding rings | NY CPLR | 100 | 100 |
| Park Ridge retirement | NY CPLR | unlimited | 6462.65 |
| Kodak retirement | NY CPLR | unlimited | 2147.31 |
| 1993 Ford Tempo | CPLR & NY Debtor & Creditor Law | 2400 | 500 |
| 1985 Pontiac Trans Am | CPLR & NY Debtor & Creditor Law | 2400 | 895 |

In re <u>Robe rt & Mildred Mitchell,</u>                Case No. _____
                    **Debtor**                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chase<br>PO Box 830016<br>Baltimore MD 21288 3 | | j | 2000 first mortgage home<br><br>VALUE $ 89000 | | | | 86003 | 100<br><br>0 |
| ACCOUNT NO.<br>ESL Federal Credit Union<br>100 Kings Hwy.S.<br>Rochester NY 14617 | | | car loan  98 Pontiac Transport<br><br>VALUE $ | | | | 8600 | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

0 _____ continuation sheets attached

Subtotal ▶
(Total of this page)          $ 0.00

Total ▶
(Use only on last page)      $          ==94603

(Report total also on Summary of Schedules)

In re    <u>Robert & Mildred Mitchell</u>          Case No _____
                Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

In re  Robert & Mildred Mitchell                    Case No.
_____Debtor_____                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ESL Federal Credit<br>100 Kings Highway S<br>Suite 1200<br>Rochester NY 14617 | Union South | h | home improvement loan | | | | 4804 |
| ACCOUNT NO.<br>ESL Federal Credit<br>100 Kings Hwy. South<br>Rochester NY 14617 | Union | h h | debt consolidation loan | | | | 3995 |
| ACCOUNT NO.<br>ESL Federal Credit<br>100 Kings Highway<br>Rochester NY 14617 | Union South | h | debt consolidation loan | | | | 2925 |
| ACCOUNT NO.<br>ESL Visa<br>100 Kings Highway S<br>Rochester NY 14617 | outh | | credit card | | | | 5816 |

_____continuation sheets attached

Subtotal ▶  $ 0.00 12305

Total ▶  $

(Report also on Summary of Schedules)

In re  Robert & Mildred Mitchell                    Case No. _____
_____,                    _____
                 Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ESL Federal Credit Union 100 Kings Hwy. South Rochester NY 14617 | | h | cash reserve loan | | | | 3001 |
| ACCOUNT NO. | | | | | | | |
| Discover Gold Card PO Box 15251 Wilmington DE 19886 | | h | credit card | | | | 5286 |
| ACCOUNT NO. | | | | | | | |
| Sam's Club PO Box 530993 Atlanta GA 30053 | | h | membership account | | | | 401 |
| ACCOUNT NO. | | | | | | | |
| Radio Shack PO Box 9025 Des Moines IA 50363 | | h | | | | | 601 |
| ACCOUNT NO. | | | | | | | |
| Capital One PO Box 85147 Richmond VA 23276 | | h | credit card | | | | 1277 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00
(Total of this page)
Total ➤ $ 10566
·Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

In re <u>Robert & Mildred Mitchell</u>                    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Dell Preferred Pyment Processing Center PO Box 6403 Carol Stream IL 60197 | | h | | | | | 2579 |
| ACCOUNT NO. | | | | | | | |
| Wells Fargo Financi al National Bank PO Box 94498 Las Vegas NV 89193 | | h | | | | | 496 |
| ACCOUNT NO. | | | | | | | |
| Chase Visa PO Box 15583 Wilmington DE 19886 | | w | creditcard | | | | 3177 |
| ACCOUNT NO. | | | | | | | |
| Qcard PO Box 17602 Baltimore MD 21297 | | w | credit card | | | | 1190 |
| ACCOUNT NO. | | | | | | | |
| Discover Card PO Box 15251 Wilmington DE 19886 | | w | credit card | | | | 4030 |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0.00
(Total of this page)
Total ▶ $ 11472
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

In re  **Robert & Mildred Mitchell**                Case No. _____
_____                        (If known)
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Fingerhut PO Box 166 Newark NJ 07101 | | w | charge account | | | | 365 |
| ACCOUNT NO. ESL Federal Credit 100 Kings Highway Rochester NY 14617 | Union South | | debt consolidation loan | | | | 6102 |
| ACCOUNT NO. Sears Gold Mastercard PO Box 182156 Columbus OH 43218 | | w | credit card | | | | 5837 |
| ACCOUNT NO. Fashion Bug PO Box 856021 Louisville KY 40285 | | w | charge account | | | | 363 |
| ACCOUNT NO. Sears Premier Card PO Box 182149 Columbus OH 43218 | | w | credit card | | | | 711 |

Sheet no. ____ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 0.00
(Total of this page)
Total ➤  $ 13378
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

In re   Robert & Mildred Mitchell                    Case No. _____
         ―――――――――――――――――――――,                                              (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sams Club PO Box 105980 Atlanta GA 30353 | | W | charge account | | | | 546 |
| ACCOUNT NO. Verizon Wireless 2390 W. Ridge Rd. Rochester NY 14626 | | h | cell phone | | | | 250 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00
(Total of this page)  796
Total ➤ $ 48517
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

In re:

Robert & Mildred Mitchell

Debtor(s)     Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re **Robert & Mildred Mitchell**
_____ ,
Debtor

Case No._____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES<br>Timothy<br>Sarah | AGE<br>14<br>12 | RELATIONSHIP<br>son<br>daughter |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Perferrator** | CNA |
| Name of Employer | **Kodak** ㅋ?ㅣㅋ | PRLC  CNA  Park Ridge Hosp. |
| How long employed | | 13 years |
| Address of Employer | Rochester NY 14650 | 1555 Long Pond Rd.Rochester NY 14626 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3393 | $ 1490 |
| Estimated monthly overtime | $ _____ | $ _____ |
| **SUBTOTAL** | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1033.50 | $ 157 |
| b. Insurance          health | $ 238 | $ _____ |
| c. Union dues          dental | $ 42 | $ _____ |
| d. Other (Specify: _____ retirement | $ 80 | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00  1393.50 | $ 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 1999.50 | $ 1333 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| Social security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | $ _____ | $ _____ |
| (Specify) _____ | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** | $ 0.00  1999.50 | $ 0.00  1333 |

TOTAL COMBINED MONTHLY INCOME     $ 0.00   3332.50          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   <u>Robert & Mildred Mitchell</u>                  Case No._____
            Debtor                                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $873.99 |
| Are real estate taxes included?          Yes [X]      No [ ] | | |
| Is property insurance included?          Yes [X]      No [ ] | | |
| Utilities     Electricity and heating fuel | electric | $ 100 |
| | oil | $ 100 |
| | gas | $ 40 |
| Water and sewer | | $ 13 |
| Telephone | | $ 50 |
| Other _____ 2 cell phones _____ | | $ 70 |
| Home maintenance (repairs and upkeep) | | $ 100 |
| Food | | $ 390 |
| Clothing | | $ 60 |
| Laundry and dry cleaning | | $ |
| Medical and dental expenses | | $ 30 |
| Transportation (not including car payments) | | $ 200 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 15 |
| Charitable contributions | | $ 10 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $ |
| Life | | $ |
| Health | | $ |
| Auto | cars | $ 100 |
| Other | | $ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | internet  40 | |
| Auto | clarinet  car | $ 411.11  29.69 |
| Other _____ cable tv _____ | | $ 65.66 |
| Other _____ day care _____ | | $ 430 |
| Alimony, maintenance, and support paid to others | firewood | $ 33 |
| Payments for support of additional dependents not living at your home | | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ |
| Other _____ | | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 0.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each _____ | $ |
| (interval) | |

Form B6-Cont
(12/94)

In re **Robert & Mildred Mitchell** ,

          Debtor

Case No. _____
                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** _____

                                                                                    *Total shown on summary page plus 1.*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6-17-04___              Signature _*Robert Mitchell*_
                                                          Debtor
                                  Robert Mitchell

Date ___6 17-04___              Signature _*Mildred Mitchell*_
                                                          (Joint Debtor, if any)
                                  Mildred Mitchell

                                  (If joint case, both spouses must sign.)

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1.)*

Date _____          Signature _____

                                  _____
                                  [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

Western _____ **DISTRICT OF** New York _____

In re: **Robert & Mildred Mitchell**     Case No. _____
         (Name)                                  (if known)
                 Debtor

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE (if more than one) |
|---|---|---|---|
| | H | W | |
| 2004 | 18662 | 9734 | |
| 2003 | | roughly same | |
| 2002 | | roughly same | |

2.  **Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                        SOURCE

---

3.  **Payments to creditors**



a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chase PO Box 830016 Baltimore MD 21283 | 4-6/04 | 2621.97 | 90000 |
| ESL FCU 100 Kings Hwy South Rochester NY 14617 | 4-6/04 | 1233.33 | 8600 |



b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

4.  **Suits and administrative proceedings, executions, garnishments and attachments**



a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

 b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

 List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| Robb Evans & Associates LLC PO Box 880 Sun Valley CA 91353 | 5/3/04 | receiver for National Consumer Council debt consolidaters |

 b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| various | | 6/03-6/04 | 120 |

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Robb Evans & Associates LLC receiver of National COnsumer Council PO Box 880
Sun Valley CA 91353

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | $454 |
| Lawrence Mort 2097B Hudson Ave. Rochester NY 14617-4337 | 5&6/04 | 800 attorneys fee |
| | | ~~209 filing fee~~ |

### 10. Other transfers

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

 None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| ESL FCU 100 Kings Highway South Rochester NY 14617    J | 243296033  $20 | 5/04  Cchecking |
| ESL same address    H | 243296017    8 | 5/04  Ssavings |

**12. Safe deposit boxes**

 None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

 None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
[X]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**



None [x]

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS            NAME USED           DATES OF OCCUPANCY

---

### 16. Spouses and Former Spouses

None [x]

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---



None [x]

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME        NAME AND ADDRESS       DATE OF      ENVIRONMENTAL
AND ADDRESS     OF GOVERNMENTAL UNIT    NOTICE      LAW

---

None [x]

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME        NAME AND ADDRESS       DATE OF      ENVIRONMENTAL
AND ADDRESS     OF GOVERNMENTAL UNIT    NOTICE      LAW

---

 None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with

respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

**None** ☒

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

**None** ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  6-17-04

Signature of Debtor  *Robert Mitchell*
Robert Mitchell

Date  6-17-04

Signature of Joint Debtor (if any)  *Mildred Mitchell*
Mildred Mitchell

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date _____

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*



BlumbergExcelsior, Inc, NYC 10013

UNITED STATES BANKRUPTCY COURT     Western     **DISTRICT OF**     New York

In re:     Robert & Mildred Mitchell        Debtor(s)     Case No.

           Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:    *a. Property to Be Surrendered*

| Description of property | Creditor's name |
| --- | --- |
| | |

b. *Property to Be Retained*                               *[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C § 524(c) |
| --- | --- | --- | --- | --- |
| 98 Pontiac Transport | ESL FCU | | | XX |

_____          *Robert Mitchell*        *Mildred Mitchell*
Date                   Robert Mitchell        Mildred Mitchell

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

      I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____              Social Security No.
Printed or Typed Name of Bankruptcy Petition Preparer

                                         Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:
Address

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer            Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK

In re:                          Robert & Mildred Mitchell
                    Debtor


                    Statement Pursuant to Rule 2016(b)

1. The undersigned is attorney for debtor in this case.
2. The compensation paid to undersigned is:
       a. for legal services rendered or to be rendered in contemplation and
          in connection with this case                                          $ 800
       b. prior to filing this statement debtors have paid                       $ 800
       c. the unpaid balance due and payable is                                  $0

3. $200 of the filing fee in this case has been paid. ( 2 09 )
4. Services to be rendered include the following:
       a. analysis of debtor's financial situation and advice whether to file a
          petition
       b. preparation and filing of petition, schedules , statement of affairs and other
          required documents
       c. representation of debtor(s) at the meeting of creditors

5. Source of payments to undersigned was from wages, earnings and
       compensation for services performed, and

6. The source of any unpaid balance will be

7. The undersigned has received no transfer, assignment or pledge of property except the
       following for the value stated:

8. The undersigned has not agreed to share with any other entity, other than with members
       of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    6/18/04        Respectfully submitted,                    Attorney for Petitioner

Attorney Name/address
Lawrence J. D. Mort                         Rochester NY  14617
 :   2097B Hudson Ave.

Chase
PO Box 830016
Baltimore MD 21283

ESL Federal Credit Union
100 Kings Highway South
Rochester NY 14617

ESL Federal Credit Union
100 Kings Highway South
Rochester NY 14617

ESL Federal Credit Union
100 Kings Highway South
Rochester NY 14617

ESL Federal Credit Union
100 Kings Highway South
Rochester NY 14617

ESL Visa
100 Kings Highway South
Rochester NY 14617

ESL Federal Credit Union
100 Kings Highway South
Rochester NY 14617

Discover Gold Card
PO Box 15251
Wilmington DE 19886

Sam's Club
PO Box 530993
Atlanta GA 30053

Radio Shack
PO Box 9025
Des Moines IA 50368

Capital One
PO Box 85147
Richmond VA 23276

Dell Preferred
Payment Processing Center
PO Box 6403
Carol Stream IL 60197

Wells Fargo Financial National Bank
PO Box 94498
Las Vegas NV 89193

Chase Visa
PO Box 15583
Wilmington DE 19886

Qcard
PO Box 17602
Baltimore MD 21297

Discover Card
PO Box 15251
Wilmington DE  19886

Fingerhut
PO Box 166
Newark  NJ  07101

ESL Federal Credit Union
100 Kings Highway South
Rochester NY  14617

Sears Gold Mastercard
PO Box 182156
Columbus OH  43218

Fashion Bug
PO Box 856021
Louisville KY 40285

Sears Premier Card
PO Box 182149
Columbus OH  43218

Sam's Club
PO Box 105980
Atlanta GA  30353

Verizon Wireless
2390 W. Ridge Rd.
Rochester NY  14626